1  Eva M. Weiler (SBN: 233942)
   eweiler@shb.com
2  Matthew J. Vanis (SBN: 210706)
   mvanis@shb.com
3  SHOOK, HARDY & BACON LLP
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
5  Telephone: 949-475-1500
   Facsimile: 949-475-0016
6
7  Attorneys for Defendant
   Boston Scientific Corporation
8

9  Alan S. Lazar (SBN: 125820)
   alazar@marlinsaltzman.com
10 Bradley R. Fagnani (SBN: 261330)
   bfagnani@marlinsaltzman.com
11 MARLIN SALTZMAN LLP
   29800 Agoura Road, Suite 210
12 Agoura Hills, California 91301
   Telephone: 818-991-8080
13 Facsimile: 818-991-8081

14 Attorneys for Plaintiffs Kirstin and John Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIN SMITH and JOHN SMITH, | Case No. 1:19-cv-00587-AWI-SAB |
| Plaintiff, | |
| v. | **JOINT DISCOVERY STIPULATION AND ORDER THEREON** |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

Plaintiffs Kirstin and John Smith and defendant Boston Scientific Corporation, by and through their respective attorneys, hereby agree and stipulate as follows:

1. Additional fact discovery should be permitted, as the proposed discovery involves issues fundamental to the case, will expedite trial proceedings, and promote judicial and party efficiency. The parties have agreed upon the following supplemental

discovery:

- Collection of updated medical records
- Deposition of Dr. Robert J. Altman

2. The supplemental discovery shall be completed by November 22, 2019. Any discovery-related motions shall also be filed by November 22, 2019.

3. The parties agree that the opening of fact discovery is expressly limited in scope and time as outlined above.

**IT IS SO STIPULATED.**

Dated: July 3, 2019                     Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.


                                        By: /s/ Matthew J. Vanis
                                                Eva M. Weiler
                                                Matthew J. Vanis
                                        Attorneys for Defendant
                                        Boston Scientific Corporation

Dated: July 3, 2019                     Respectfully submitted,

                                        MARLIN SALTZMAN L.L.P.


                                        By: /s/ Alan S. Lazar
                                        (as authorized on July 2, 2019)
                                                Alan S. Lazar
                                                Bradley R. Fagnani
                                        Attorneys for Plaintiff Kirstin and John Smith

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: August 6, 2019                   _____
                                        SENIOR DISTRICT JUDGE