# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIN SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | Case No. 1:19-cv-00587-AWI-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 68) <br><br> SIXTY DAY DEADLINE |

On September 20, 2019, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **September 20, 2019**

_____
UNITED STATES MAGISTRATE JUDGE